Gabroy Law Offices
Christian Gabroy (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PETER FLORIO;<br><br>        Plaintiff,<br>vs.<br><br>SERVICE ROCK PRODUCTS CORPORATION; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>        Defendants. | Case No.  2:13-cv-01663-GMN-CWH<br><br>**Plaintiff's Motion to Place This Matter Into the ENE Program**<br><br>**AND ORDER** |

Now comes Plaintiff Peter Florio, by and through his Counsel, Christian Gabroy of Gabroy Law Offices and requests that this Honorable Court place this matter into the ENE program as this matter is an action for Employment Discrimination under the American with Disabilities Act and subject to our Honorable Court's Ene Program.  Such request is done here before both sides begin to expend costly amounts on depositions of the respective parties.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

Dated: October 28, 2013

Respectfully submitted,

/s/ Christian Gabroy
Christian Gabroy, Esq. (#8805)
Gabroy Law Offices
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel: (702) 259-7777
Fax: (702) 259-7704
*ATTORNEYS FOR PLAINTIFF*

## ORDER

**IT IS HEREBY ORDERED** that this case is referred to the Early Neutral Evaluation Program.  Magistrate Judge Cam Ferenbach will be the evaluating judge in this case.

**DATED** this 31st day of October, 2013.

_____
Gloria M. Navarro
United States District Judge